**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

**In Admiralty**

**IN THE MATTER OF YOGI DAWG, INC.,**
**AS OWNER/OPERATOR OF THE F/V**
**RAW DAWG, PETITIONING FOR**          Case No. 5:11-cv-54/RS-GRJ
**EXONERATION FROM DAMAGES OR**
**LIMITATION OF LIABILITY**
_____/

## ORDER

Petitioner's Deposit of Vessel's Value and Security for Costs (Doc. 3), construed as a motion for bond, is **GRANTED**. Pursuant to 46 U.S.C § 30511, the clerk is directed to accept into the registry of the Court monies deposited by petitioner.

**ORDERED** on February 25, 2011.

                                        /S/ Richard Smoak
                                        **RICHARD SMOAK**
                                        **UNITED STATES DISTRICT JUDGE**