**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

**In Admiralty**

IN THE MATTER OF YOGI DAWG, INC.,
AS OWNER/OPERATOR OF THE F/V
RAW DAWG, PETITIONING FOR
EXONERATION FROM DAMAGES OR
LIMITATION OF LIABILITY
_____/

Case No. 5:11-cv-54/RS-GRJ

## ORDER

Before me are Petitioner's Complaint (Doc. 1) and deposit of $1500.00 with the Clerk of the Court (Doc. 5). Pursuant to 46 U.S.C § 30511, Rule F of the Supplemental Rules of Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, and Fla. N.D. Loc. R. F,

**IT IS ORDERED**:

1. The Affidavit of Value (Doc. 1, Attach. 3) of Petitioner's interest in the F/V RAW DAWG in the amount of $1,000.00, Affidavit of Freight (Doc. 1, Attach. 2) in the amount of $0.00, and the Cost Bond in the amount of $1,500.00, which includes security for costs in the amount of $500.00, is accepted as a good faith stipulation for value for the purpose of the limitation proceedings.

2. Any claimant who may properly become a party may contest the amount or value of petitioner's interest in the F/V RAW DAWG and her pending freight, and may move the Court for new appraisal and may apply to have the amount increased or diminished.

3. Petitioner shall cause notice to be issued to all parties asserting claims with respect to which the Complaint seeks exoneration or limitation. The Notice shall comply with the Supplemental Rules and with Local Rules (A) and (F), and shall admonish them to file their respective claims or answers with the Clerk of Court for the United States District Court, Northern District of Florida, in writing, and to serve on the attorneys for petitioner a copy thereof on or before April 25, 2011, or be defaulted.

4. Petitioner shall cause the notice to be published in the form required by Supplemental Rule F of the Federal Rules of Civil Procedure and Local Rules (A) and (F) once a week for four successive weeks prior to April 25, 2011 in *The News Herald*, a newspaper of general circulation published in Panama City, Florida. Copies of the notice shall also be mailed in accordance with Supplemental Rule F.

5. Commencement and/or further prosecution of any action or proceeding against Petitioner, its employees, its insurers, or any of their property with respect to any claim for which Petitioner seeks exoneration from or limitation of liability, is hereby stayed until the hearing of determination of this proceeding.

**ORDERED** on March 7, 2011.

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**