**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

**In Admiralty**

IN THE MATTER OF YOGI DAWG, INC.,
AS OWNER/OPERATOR OF THE F/V
RAW DAWG, PETITIONING FOR                    Case No. 5:11-cv-54/RS-GRJ
EXONERATION FROM DAMAGES OR
LIMITATION OF LIABILITY
_____/

## NOTICE OF COMPLAINT FOR EXONERATION FROM
## OR LIMITATION OF LIABILITY

NOTICE IS GIVEN that Yogi Dawg, Inc. and the F/V RAW DAWG have filed a

Complaint pursuant to 46 U.S.C. §30501, et seq, claiming the right to exoneration from or

limitation of liability for all claims allegedly resulting from the incident and/or injuries

occasioned on or about January 6, 2011 when the F/V RAW DAWG allegedly caught on fire

while docked at Greg Abrams Seafood in Panama City, Florida, all as is more fully set forth in the

Complaint.

ALL PERSONS ASSERTING CLAIMS with respect to which the Complaint seeks

limitation are admonished to file their respective claims with the Clerk of Court for the United

States District Court, Northern District of Florida, and to serve on the attorneys for petitioner,

Harris & Rufty, L.L.C., 650 Poydras Street, Suite 2710, New Orleans, Louisiana 70130, a copy

thereof on or before the 25th day of April, 2011 at 5 o'clock p.m., or be defaulted.

PERSONAL ATTENDANCE is not required.

ANY CLAIMANT DESIRING TO CONTEST either the right of exoneration from or the right to limitation of liability shall file and serve an Answer to the Complaint unless his claim has included an Answer, all as is required by Rule F of the Supplemental Rules of the Federal Rules of Civil Procedure for certain admiralty and maritime claims.

**ORDERED** on March 15, 2011.

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**