IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

In Admiralty

IN THE MATTER OF YOGI DAWG, INC.,
AS OWNER/OPERATOR OF THE F/V
RAW DAWG, PETITIONING FOR             Case No. 5:11-cv-54/RS-GRJ
EXONERATION FROM DAMAGES OR
LIMITATION OF LIABILITY
_____/

## ORDER

Before me is Plaintiff's Motion for Order Noting Default (Doc. 10) and my Order (Doc. 6) which directed all prospective claimants to file their claims on or before April 25, 2011, pursuant to 46 U.S.C. § 30511, Rule F of the Supplemental Rules of Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, and Fla. N.D. Loc. R. F.

**IT IS ORDERED** that all persons or corporations claiming damages for any and all loss, damage, or injury resulting from the alleged incident and not having filed the claim are hereby defaulted.

**ORDERED** on April 26, 2011.

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**